WOLF, J.
 

 On the court’s own motion, we withdraw our previous opinion dated February 5, 2010, and substitute the following in its place.
 

 Appellant raises a number of issues. We affirm as to all issues but one: whether appellant’s sentence of life in prison for crimes he committed when he was a juvenile violates constitutional prohibitions against cruel and unusual punishment.
 

 In light of the United States Supreme Court’s recent decision in
 
 Graham v. Florida,
 
 — U.S. -, 130 S.Ct. 2011, 176 L.Ed.2d 825 (2010), we quash his sentence and remand for resentencing and for appointment of conflict-free counsel.
 

 Affirmed in part; reversed in part; and remanded for further proceedings.
 

 HAWKES, C.J., and DAVIS, J„ concur.